# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 30, 2017

| Before: | DIANE P. WOOD, Chief Judge<br>ILANA DIAMOND ROVNER, Circuit Judge<br>ANN CLAIRE WILLIAMS, Circuit Judge |

| No. 16-3522 | ASHTON WHITAKER, by his mother and next friend, Melissa Whitaker, Plaintiff - Appellee<br><br>v.<br><br>KENOSHA UNIFIED SCHOOL DISTRICT NO. 1 BOARD OF EDUCATION, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
| --- |
| District Court No: 2:16-cv-00943-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper |

The district court's order granting the Appellee's motion for a preliminary injunction is **AFFIRMED**.

The above is in accordance with the decision of this court entered on this date. Costs should be assessed against the Appellants.

form name: **c7_FinalJudgment**(form ID: **132**)