# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 28, 2017

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604


Re: Kenosha Unified School District No. 1 Board of Education, et al. v. Ashton Whitaker, By His Mother and Next Friend, Melissa Whitaker
No. 17-301
(Your No. 16-3522)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 25, 2017 and placed on the docket August 28, 2017 as No. 17-301.


Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk